Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
1435 Koll Circle, Suite 104
San Jose, California 95112-4610
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
DAVID ALLAN IZETT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID ALLAN IZETT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CROWN ASSET MANAGEMENT, LLC, a Georgia limited liability company; REBEKAH MOORE, A/K/A REBEKAH DENYS TONER, individually and in her official capacity; THE RESOLUTION LAW GROUP, APC, a California corporation; PERSOLVE, LLC, a Delaware limited liability company; and LUIS DUENAS, individually and in his official capacity,<br><br>Defendants. | Case No. 3:18-CV-05224-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DAVID ALLAN IZETT, and Defendants, CROWN ASSET MANAGEMENT, LLC, REBEKAH MOORE, A/K/A REBEKAH DENYS TONER, THE RESOLUTION LAW GROUP, APC, PERSOLVE, LLC, and LUIS DUENAS, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the individual claims asserted by Plaintiff, DAVID ALLAN IZETT, against Defendants, CROWN ASSET MANAGEMENT, LLC, REBEKAH MOORE, A/K/A REBEKAH DENYS TONER, THE

RESOLUTION LAW GROUP, APC, PERSOLVE, LLC, and LUIS DUENAS, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

    2.    Any remaining class claims are hereby dismissed, without prejudice.

CONSUMER LAW CENTER. INC.

Dated: December 2, 2019

By: /s/ Fred W. Schwinn
    Fred W. Schwinn (SBN 225575)
    Attorney for Plaintiff
    DAVID ALLAN IZETT

SIMMONDS & NARITA, LLP

Dated: December 2, 2019

By: /s/ Tomio B. Narita
    Tomio B. Narita (SBN 156576)
    Attorney for Defendants
    CROWN ASSET MANAGEMENT, LLC,
    REBEKAH MOORE, THE RESOLUTION
    LAW GROUP, APC, PERSOLVE, LLC,
    and LUIS DUENAS

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: December 4, 2019

The Honorable Edward M. Chen
United States District Court Judge